IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONY GENTRY SWERCHOWSKY, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| EASTMAN & SMITH, LTD, et al., | ) | NOTICE OF REMOVAL |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

NOW COMES Federal Defendant, the Honorable Chief Judge Patricia A. Gaughan, by and through David M. Toepfer, United States Attorney for the Northern District of Ohio, and Angelita Cruz Bridges, Assistant United States Attorney, and respectfully gives notice to the Court of the following:

1. Plaintiff Tony Gentry Swerchowsky, *pro se* (hereinafter "Plaintiff") named Patricia A. Gaughan as a defendant in the above-captioned civil action which is now pending in an Ohio state court in the Eighth Judicial District of Ohio, County of Cuyahoga, as Cuyahoga County Common Pleas case number CV 25 129561. There has been no trial in that action. A copy of the complaint and court docket summary identifying all pleadings, orders, and process served upon defendants in that action are attached to this Notice of Removal as Exhibit A.

2. Federal Defendant was first served with a copy of the summons and complaint in the state court action on or about December 16, 2025. Thirty (30) days have not expired since receipt by Federal Defendant of a copy of the initial pleading, filed on December 11, 2025, setting

forth the claim for relief upon which this proceeding is based. Therefore, this Notice of Removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

3.      Federal Defendant is a member of the federal judiciary and as such is an employee of the United States. She is being sued for actions taken while acting under the color of federal law.

4.      Plaintiff seeks damages in state court from Federal Defendant for alleged violations of the Constitution of the United States. See Ex. A, Complaint.

5.      This action is one arising under the Constitution and Laws of the United States, and it is therefore an action over which the District Courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1331. It is removable to this Court pursuant to 28 U.S.C. § 1442(a)(3).

6.      A federal officer of the courts is entitled to removal under 28 U.S.C. § 1442(a)(3) whenever a civil action is commenced against her in a state court for or relating to any act "under color of office or in the performance of [her] duties." The "color of office" test is satisfied if there is a "causal connection" between the charged conduct and asserted official authority, *Willingham v. Morgan*, 395 U.S. 402, 409 (1969), and there is a "colorable defense" under federal law. *Mesa v. California*, 489 U.S. 121, 129 (1989).

7.      Here, there is a clear causal connection between Federal Defendant's official duties as a federal judicial officer and the state court civil action. Plaintiff's state court complaint refers by case number to a federal civil case over which Federal Defendant presided and ultimately dismissed. See Ex. A, Complaint; see also *Vladimir Alexander L. Swerchowsky v. U-Haul International, Inc., et al.*, Northern District of Ohio, Eastern Division, Case No. 1:23CV1699.

8.      In addition, Federal Defendant is immune from suit under the doctrine of absolute

judicial immunity. *See Mireles v. Waco,* 502 U.S. 9 (1991). Judicial immunity "is a general principle of the highest importance to the proper administration of justice that a judicial officer, in exercising the authority vested in [her], shall be free to act upon [her] own convictions, without apprehension of personal consequences to [her]self." *Id.* at 10. Judicial immunity is a federal defense that provides a basis for the removal of this action from the state court to this Court pursuant to 28 U.S.C. § 1442(a)(3). *See Mesa v. California*, 489 U.S. at 133 (1989).

WHEREFORE, Federal Defendant, the Honorable Chief Judge Patricia A. Gaughan, prays that the above captioned action, pending in the Cuyahoga Common Pleas Court be removed to this Court.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ *Angelita Cruz Bridges*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Voice: 419-259-6376
Fax: 419- 259-6471
Angelita.Bridges@usdoj.gov

Attorney for Federal Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2026 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The following parties were also served by regular U.S. Mail or FedEx:

Tony Gentry Swerchowsky
1380 Riverside Drive, Apt. 10
Lakewood, OH 44107

Elizabeth Bolduc, Esq.
Eastman & Smith Ltd.,
One Seagate, 24th Floor,
P.O. Box 10032
Toledo, OH 43699-0032

Sixth Circuit Court of Appeals,
Office of the Clerk
Potter Stuart U.S. Courthouse
100 East 5th Street
Cincinnati, Ohio 45202

The Honorable Chief Judge
Patricia A. Gaughan
801 W Superior Ave
Courtroom 19B
Cleveland, OH 44113-1835

U-Haul International Inc., et al,
2727 N Central Ave
Pheonix, Arizona 85004

*/s/ Angelita Cruz Bridges*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney

4